UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL CHAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC. and GUS III LLC,<br><br>Defendants. | Civil Action No.: 1:26-cv-13442 |

**MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE**

Pursuant to Local Rule 83.5.3, the undersigned counsel, Steven J. Buttacavoli, hereby moves that this Court enter an Order granting leave to Aaron L. Schwartz, Kaplan Fox & Kilsheimer LLP, 800 Third Avenue, 38th Floor, New York, NY 10022, to appear on behalf of Plaintiff Michael Chan in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1.       Attorney Schwartz is and has been a member in good standing of the bar of the State of New York since 2019.  In addition, Attorney Schwartz has been admitted to practice in, and is a member in good standing of, the bar of the State of Pennsylvania since 2014. Attorney Schwartz is also admitted to practice in the United States District Courts for the Southern and Eastern Districts of New York, the Districts Courts for the Western, Middle and Eastern Districts of Pennsylvania, as well as the United States Courts of Appeals for the Third Circuit.

2.       There are no disciplinary proceedings pending against Attorney Schwartz as a member of the bar in any jurisdiction, nor has he been subject to any such disciplinary proceedings in the past.

3.       Attorney Schwartz has not previously had a *pro hac vice* application to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

1

4.     Attorney Schwartz has reviewed the rules of this Court and will abide by the rules of this Court.

In further support of this motion, Attorney Schwartz has submitted herewith the signed Certification required by Local Rule 83.5.3, which is attached hereto as Exhibit A.

WHEREFORE, the undersigned counsel respectfully moves that Aaron L. Schwartz be admitted to practice before this Court *pro hac vice*.

Dated: July 31, 2026                    Respectfully submitted,

*/s/ Steven J. Buttacavoli*
Kathleen M. Donovan-Maher (BBO# 558947)
Steven J. Buttacavoli (BBO# 651440)
One Liberty Square
Boston, MA 02109
Tel: 617-542-8300
Email: kdonovanmaher@bermantabacco.com
          sbuttacavoli@bermantabacco.com

*Local Counsel for Proposed Lead Plaintiff*
*Chan and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies of the documents will be sent to those indicated as non-registered participants.


Dated: July 31, 2026                              */s/ Steven J. Buttacavoli*
                                                     Steven J. Buttacavoli