UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL CHAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC. and GUS III LLC,<br><br>Defendants. | Civil Action No.: 1:26-cv-13442 |

## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, Steven J. Buttacavoli, hereby moves that this Court enter an Order granting leave to Laurence D. King, Kaplan Fox & Kilsheimer LLP, 1999 Harrison St., Ste. 1501, Oakland, CA 94612, to appear on behalf of Plaintiff Michael Chan in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1.     Attorney King is and has been a member in good standing of the bar of the State of New York since 1989. In addition, Attorney King has been admitted to practice in, and is a member in good standing of, the bar of the State of California since 2000. Attorney King is also admitted to practice in the United States District Courts for the Southern and Eastern Districts of New York, the Southern, Central and Northern Districts of California, the District of Nebraska, the District of Colorado, as well as the United States Courts of Appeals for the Second, Third, Eighth, and Ninth Circuits.

2.     There are no disciplinary proceedings pending against Attorney King as a member of the bar in any jurisdiction, nor has he been subject to any such disciplinary proceedings in the past.

1

3.      Attorney King has not previously had a *pro hac vice* application to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

4.      Attorney King has reviewed the rules of this Court and will abide by the rules of this Court.

In further support of this motion, Attorney King has submitted herewith the signed Certification required by Local Rule 83.5.3, which is attached hereto as Exhibit A.

WHEREFORE, the undersigned counsel respectfully moves that Laurence D. King be admitted to practice before this Court *pro hac vice*.

Dated: July 31, 2026                    Respectfully submitted,

*/s/ Steven J. Buttacavoli*
Kathleen M. Donovan-Maher (BBO# 558947)
Steven J. Buttacavoli (BBO# 651440)
One Liberty Square
Boston, MA 02109
Tel: 617-542-8300
Email: kdonovanmaher@bermantabacco.com
           sbuttacavoli@bermantabacco.com

*Local Counsel for Proposed Lead Plaintiff*
*Chan and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies of the documents will be sent to those indicated as non-registered participants.

Dated:  July 31, 2026                     _/s/ Steven J. Buttacavoli_
                                          Steven J. Buttacavoli