**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MICHAEL CHAN, individually and on behalf of all others similarly situated,<br><br>                 Plaintiff,<br><br>       v.<br><br>DRAFTKINGS INC. and GUS III LLC,<br><br>              Defendants. | Civil Action No.: 1:26-cv-13442 |

**EXHIBIT A**

**CERTIFICATION OF GOOD STANDING OF LAURENCE D. KING IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Laurence D. King, hereby certify that:

1)      Since 1989, I have been a member in good standing of the bar of the highest court of the State of New York. Since 2000, I have been a member in good standing of the bar of the highest court of the State of California, where I regularly practice law.

2)      I am also admitted to practice in the U.S. District Courts for the Southern and Eastern Districts of New York, the Southern, Central and Northern Districts of California, the District of Nebraska, the District of Colorado, as well as the United States Courts of Appeals for the Second, Third, Eighth, and Ninth Circuits.

3)      I am a member in good standing in every jurisdiction where I have been admitted to practice.

1

4)    There are no disciplinary proceedings against me as a member of any Bar in any jurisdiction, and I have never been subject to any such disciplinary proceeding in the past.

5)    I have not previously had a *pro hac vice* application to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

6)    I have read and agree to comply with the Local Rules of this Court.

7)    My name, firm name, street address, and telephone number are as follows:

Laurence D. King
Kaplan Fox & Kilsheimer LLP
1999 Harrison St., Ste. 1501
Oakland, CA 94612
(415) 772-4700

DATED: July 31, 2026                               Respectfully submitted,


                                                   */s/ Laurence D. King*

2