UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL CHAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC. and GUS III LLC,<br><br>Defendants. | Civil Action No.: 1:26-cv-13442 |

## **MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE**

Pursuant to Local Rule 83.5.3, the undersigned counsel, Steven J. Buttacavoli, hereby moves that this Court enter an Order granting leave to Sophia V. Pintar, Kaplan Fox & Kilsheimer LLP, 1999 Harrison St., Ste. 1501, Oakland, CA 94612, to appear on behalf of Plaintiff Michael Chan in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1.      Attorney Pintar is and has been a member in good standing of the bar of the State of California since 2025. Attorney Pintar is also admitted to practice in the United States District Courts for the Central and Northern Districts of California, and the District of New Jersey.

2.      There are no disciplinary proceedings pending against Attorney Pintar as a member of the bar in any jurisdiction, nor has she been subject to any such disciplinary proceedings in the past.

3.      Attorney Pintar has not previously had a *pro hac vice* application to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

4.      Attorney Pintar has reviewed the rules of this Court and will abide by the rules of this Court.

1

In further support of this motion, Attorney Pintar has submitted herewith the signed Certification required by Local Rule 83.5.3, which is attached hereto as Exhibit A.

WHEREFORE, the undersigned counsel respectfully moves that Sophia V. Pintar be admitted to practice before this Court *pro hac vice*.

Dated: July 31, 2026                                Respectfully submitted,

*/s/ Steven J. Buttacavoli*
Kathleen M. Donovan-Maher (BBO# 558947)
Steven J. Buttacavoli (BBO# 651440)
One Liberty Square
Boston, MA 02109
Tel: 617-542-8300
Email: kdonovanmaher@bermantabacco.com
        sbuttacavoli@bermantabacco.com

*Local Counsel for Proposed Lead Plaintiff*
*Chan and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies of the documents will be sent to those indicated as non-registered participants.


Dated: July 31, 2026

*/s/ Steven J. Buttacavoli*
Steven J. Buttacavoli