**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MICHAEL CHAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC. and GUS III LLC,<br><br>Defendants. | Civil Action No.: 1:26-cv-13442 |

**EXHIBIT A**

**CERTIFICATION OF GOOD STANDING OF SOPHIA V. PINTAR IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Sophia V. Pintar, hereby certify that:

1) Since 2025, I have been a member in good standing of the bar of the highest court of the State of California, where I regularly practice law.

2) I am also admitted to practice in the U.S. District Courts for the Central and Northern Districts of California, and the District of New Jersey.

3) I am a member in good standing in every jurisdiction where I have been admitted to practice.

4) There are no disciplinary proceedings against me as a member of any Bar in any jurisdiction, and I have never been subject to any such disciplinary proceeding in the past.

5) I have not previously had a *pro hac vice* application to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

1

6)    I have read and agree to comply with the Local Rules of this Court.

7)    My name, firm name, street address, and telephone number are as follows:

Sophia V. Pintar
Kaplan Fox & Kilsheimer LLP
1999 Harrison St., Ste. 1501
Oakland, CA 94612
(415) 772-4700


DATED: July 31, 2026                               Respectfully submitted,

                                                   /s/ Sophia V. Pintar

2