AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| MICHAEL CHAN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-13442-PGL |
| DRAFTKINGS INC. and GUS III LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Michael Chan                                                                                                    .

Date:    08/04/2026

/s/ Sophia V. Pintar
*Attorney's signature*

Sophia V. Pintar (pro hac vice)
*Printed name and bar number*

Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1501
Oakland, CA 94612

*Address*

spintar@kaplanfox.com
*E-mail address*

(415) 772-4700
*Telephone number*

(415) 772-4707
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies of the document will be sent to those indicated as non-registered participants.


Dated: August 4, 2026                    /s/ *Sophia V. Pintar*
                                         Sophia V. Pintar