**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MICHAEL CHAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC. and GUS III LLC,<br><br>Defendants. | Civil Action No. 1:26-cv-13442-DJC |

**DEFENDANTS DRAFTKINGS INC. AND GUS III LLC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendants DraftKings Inc. and GUS III LLC ("Defendants"), by and through their undersigned counsel, respectfully move this Court, pursuant to Federal Rule of Civil Procedure 6(b), for the entry of an Order extending the time for Defendants to answer, move, or otherwise respond to Plaintiff's Complaint up to and including October 6, 2026. In support of this Motion, Defendants state as follows:

1. Plaintiff filed the Complaint in this action on July 28, 2026, and effectuated service of process on Defendants on August 4, 2026.

2. Defendants recently engaged the undersigned counsel to represent them in this matter. Counsel entered a notice of appearance on August 17, 2026.

3. The Complaint contains over one hundred paragraphs of allegations. Those allegations raise complex legal issues, including whether federal law preempts state laws that attempt to regulate the trading of event contracts on DraftKings Predictions. Dkt. 1 ¶¶ 65, 67, 82; see *KalshiEX, LLC v. Flaherty*, 172 F.4th 220, 228 (3d Cir. 2026) ("the text of the [Commodity Exchange Act] preempts otherwise applicable state laws that purport to regulate sports-related

event contracts on CFTC-licensed" designated contract markets). Counsel therefore requires additional time to prepare a response.

4. Defendants' current deadline to respond to the Complaint is August 25, 2026. Defendants respectfully request a 42-day extension of that deadline, up to and including October 6, 2026.

5. Counsel for Defendants would have been willing to waive service of process if counsel for Plaintiff had so requested. In that event, Defendants would have had 60 days to respond to the Complaint pursuant to Federal Rule of Civil Procedure 4(d)(3).

6. Counsel for Defendants has conferred with counsel for Plaintiff, who take no position on this Motion.[1]

7. This Motion is not made for any improper purpose or to cause undue delay, and no party will be prejudiced by the requested extension. This is Defendants' first request for an extension of any deadline.

WHEREFORE, Defendants DraftKings Inc. and GUS III LLC respectfully request that the Court grant this Motion and enter an Order extending the time for Defendants to answer, move, or otherwise respond to the Complaint up to and including October 6, 2026.

---

[1] Plaintiff's counsel have represented that they intend to file a motion to consolidate this action with *Gordon et al. v. DraftKings Inc. et al.*, No. 1:26-cv-13525 (D. Mass.) and will seek to have the Court appoint co-lead class counsel. Defendants do not assent to that motion, but note that Plaintiffs propose to file a new "consolidated complaint," which would moot Defendants' obligation to respond to the operative complaint in this action. The fact that Plaintiff intends to file an amended complaint also supports DraftKings' request for an extension of time to respond to the operative complaint.

Dated: August 19, 2026

Respectfully submitted,

DRAFTKINGS INC. and GUS III LLC,

By their attorney,

*/s/ Andrew S. Dulberg*
Andrew S. Dulberg (BBO # 675405)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6352
Fax: (617) 526-5000
andrew.dulberg@wilmerhale.com

*Counsel for Defendants DraftKings Inc. and GUS III LLC*

## LOCAL RULE 7.1(a)(2) CERTIFICATE

I, Andrew S. Dulberg, hereby certify that counsel for Defendants conferred with counsel for Plaintiff regarding the relief requested in this Motion by videoconference on August 19, 2026, and that Plaintiff takes no position on this Motion.

/s/ Andrew S. Dulberg
Andrew S. Dulberg

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2026, the foregoing document was filed electronically through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Andrew S. Dulberg
Andrew S. Dulberg