**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MICHAEL CHAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>DRAFTKINGS INC. and GUS III LLC,<br><br>*Defendants*. | Case No. 1:26-cv-013442-DJC<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |
| JASON GORDON, ARIE WEISSMANN, and JOHNNY HARRIS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DRAFTKINGS, INC. and GUS III, LLC /D/B/A/ DRAFTKINGS PREDICTIONS,<br><br>*Defendants*. | Case No. 1:26-CV-13525-DLC<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' MOTION TO CONSOLIDATE CASES**
**AND APPOINT INTERIM CO-LEAD CLASS COUNSEL**

For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs in the above-captioned actions respectfully request that the Court (1) consolidate the above-captioned Related Actions pursuant to Fed. R. Civ. P. 42(a) and Local Rule 40.1 under the caption of the first-filed *Chan* docket, 1:26-cv-013442-DJC, and administratively close the *Gordon* matter docket, 1:26-CV-13525-DLC; (2) appoint the law firms Kaplan Fox & Kilsheimer LLP ("KFK") and Bryson Harris Suciu & DeMay PLLC ("Bryson") as Interim Co-Lead Class Counsel for Plaintiffs and the putative Class, and Berman Tabacco as Local Counsel pursuant, to Fed. R.

Civ. P. 23(g); and (3) set a deadline for Plaintiffs to file a consolidated complaint within 30 days of any Order granting this Motion.

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Plaintiffs' counsel has conferred with counsel for defendants DraftKings Inc. and GUS III, LLC d/b/a DraftKings Predictions (collectively, "Defendants") pursuant to Local Rule 7.1(a)(2). Defendants oppose the consolidation of these cases pursuant to FRCP 42(a) but agree that the cases are related pursuant to Local Rule 40.1. With respect to Plaintiffs' request to appoint Interim Co-Lead Class Counsel, Defendants' position is that it is premature to make such an appointment pursuant to Rule 23(g)(3). Defendants agree that they should be relieved from responding to the initial complaints in these cases, and do not object to Plaintiffs filing an amended complaint 30 days from the entry of the Court's order on Plaintiffs' motion.

A proposed Order has been filed contemporaneously herewith.

DATED: August 20, 2026

Respectfully submitted,

By: */s/ Aaron Schwartz*
Aaron Schwartz

Aaron Schwartz (*pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: 212-687-1980
aschwartz@kaplanfox.com

Laurence D. King (*pro hac vice*)
Sophia V. Pintar (*pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: 415-772-4700
lking@kaplanfox.com
spintar@kaplanfox.com

By: /s/ *Scott C. Harris*
Scott C. Harris

Scott C. Harris (BBO# 714774)
James R. DeMay (*pro hac vice*)
**BRYSON HARRIS SUCIU DEMAY, PLLC**
900 W. Morgan St.
Raleigh, NC 27603
Telephone: (919) 600-5000
sharris@brysonpllc.com
jdemay@brysonpllc.com

J. Hunter Bryson (*pro hac vice*)
**BRYSON HARRIS SUCIU DEMAY, PLLC**
11 Park Place, 3rd Floor New York, NY 10007
Telephone: (919) 539-2708
hbryson@brysonpllc.com

*Proposed Interim Lead Counsel*

Kathleen M. Donovan-Maher (BBO# 558947)
Steven J. Buttacavoli (BBO# 651440)
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Telephone: 617-542-8300
kdonovanmaher@bermantabacco.com
sbuttacavoli@bermantabacco.com

*Proposed Local Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2026, the foregoing document was filed electronically through the Court's CM/ECF system, which sends notification of such filing to all counsel of record.

/s/ *Aaron Schwartz*
Aaron Schwartz