**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MICHAEL CHAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>DRAFTKINGS INC. and GUS III LLC,<br><br>*Defendants*. | Case No. 1:26-cv-013442-DJC<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |
| JASON GORDON, ARIE WEISSMANN, and JOHNNY HARRIS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DRAFTKINGS, INC. and GUS III, LLC /D/B/A/ DRAFTKINGS PREDICTIONS,<br><br>*Defendants*. | Case No. 1:26-CV-13525-DLC<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF AARON SCHWARTZ IN SUPPORT OF PLAINTIFFS' MOTION TO CONSOLIDATE CASES AND APPOINT INTERM CO-LEAD CLASS COUNSEL**

I, Aaron Schwartz, hereby declare and state as follows:

1. I am a partner at the law firm Kaplan Fox & Kilsheimer LLP ("KFK"), am duly licensed to practice law in the Commonwealth of Pennsylvania and New York State and have been admitted *pro hac vice* in this case.

2. This declaration is based on personal knowledge of the matters set forth herein. If called on to do so, I could and would competently testify thereto.

3. I submit this declaration in support of Plaintiffs' Motion to Consolidate Cases and Appoint Interim Co-lead Class Counsel pursuant to FRCP 42. My firm is one of the proposed Interim Co-Lead Class Counsel for the putative Classes.

4. KFK is based in New York, New York, and Oakland, California.

5. KFK, along with Bryson Harris Suciu & DeMay as proposed Interim Co-Lead Class Counsel, and Berman Tabacco, as proposed Local Counsel, are fully equipped to finance complex cases, investing substantial resources into litigation, and committing a dedicated team to prosecute this case. The extensive work already conducted in investigating this case reflects the significant investment in both time and financial resources that the firms have already committed.

6. Proposed Counsel supervised and directed thorough efforts to investigate this case prior to filing, including among other things:

a. Investigating and researching the factual bases for the claims at issue, including the nature and operation of Defendants' prediction market, public statements by Defendants regarding that offering, and whether that offering constitutes unlawful gambling in each relevant jurisdiction;

b. Investigating and researching the legal theories and claims considering the alleged conduct, including potentially novel theories across each of the relevant jurisdictions and the potential requirements and defenses governing those claims;

c. Monitoring and analyzing developments in the dynamic and related litigation concerning Defendants and competitor prediction markets; and

d. Drafting and serving demand letters on Defendants under the Massachusetts Consumer Protection Act ("93A"), G.L. c. 93A, § 9(3), and the California Consumer Legal Remedies Act ("CLRA"), Cal. Civ. Code § 1782.

7. Proposed Counsel frequently litigates cases involving multiple parties and law firms. Together, Proposed Counsel will prosecute Plaintiffs' case here with the same commitment to cooperation and efficiency that we have brought to prior successful matters.

8. Attached as Exhibit A to this Declaration are résumés from each firm which include descriptions and relevant experience of the attorneys from Proposed Counsel identified in the body of the Motion who I anticipate having key roles in this litigation.

9. On August 19, 2026, Proposed Interim Co-Lead Class Counsel and counsel for Defendants held a video conference to discuss Plaintiffs' Motion. Defendants indicated on that call, and in subsequent follow-up emails, that they agree that the cases are related pursuant to Local Rule 40.1 but oppose consolidation pursuant to FRCP 42(a). Defendants also agree to permit Plaintiffs to file an amended complaint following entry of an order on this motion but take the position that appointment of Interim Co-Lead Class Counsel is premature.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Aaron Schwartz*
Aaron Schwartz

Executed in New York, New York on August 20, 2026.