**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MICHAEL CHAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>DRAFTKINGS INC. and GUS III LLC,<br><br>*Defendants*. | Case No. 1:26-cv-013442-DJC<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |
| JASON GORDON, ARIE WEISSMANN, and JOHNNY HARRIS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DRAFTKINGS, INC. and GUS III, LLC /D/B/A/ DRAFTKINGS PREDICTIONS,<br><br>*Defendants*. | Case No. 1:26-CV-13525-DLC<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD CLASS COUNSEL**

THIS MATTER, having come before the Court by the Plaintiffs in the above-captioned cases by their Motion to Consolidate Cases and to appoint interim co-lead class counsel pursuant to Fed. R. Civ. P. 42(a) and 23(g), and supporting materials, and the Court having read the papers, IT IS ORDERED that the Motion is GRANTED as set forth below:

1. The Court hereby consolidates for all purposes under F.R.C.P. 42(a): *Michael Chan, individually and on behalf of all others similarly situated, v. DraftKings Inc. and Gus III LLC, Defendants*, Case No. 1:26-cv-13442-DJC (D. Mass.), filed by Kaplan Fox & Kilsheimer LLP and

Berman Tabacco on July 28, 2026 (the "*Chan* action") and *Jason Gordon, Arie Weissmann, and Johnny Harris, individually and on behalf of all others similarly situated*, *v. DraftKings Inc. and Gus III, LLC d/b/a DraftKings Predictions,* Case No. 1:26-cv-13525-DLC (D. Mass.), filed by Bryson Harris Suciu & DeMay PLLC on August 3, 2026 (the "*Gordon* action"). The Clerk of Court is directed to administratively terminate Civil No. 1:26-cv-13525-DLC.

2. The case file for the Consolidated Action will be maintained under Master File No. 1:26-cv-13442-DJC pursuant to Local Rule 40.1(k). All parties are directed to file documents relating to the Consolidated Action only on the docket in Civil No. 1:26-cv-13442-DJC.

3. Pursuant to Local Rule 40.1(g) any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action shall be consolidated with the Consolidated Action. When a case that should be consolidated into the Consolidated Action is filed in, transferred to, or removed to this Court, the parties shall seek to have the case designated as a related action. If the case is determined to be related, the Court shall enter an order consolidating it with the Consolidated Action on the docket in the new case and this Order shall be filed on the docket in the new case.

4. The Clerk of Court is directed to transfer to the docket of Civil No. 1:26-cv-13442-DJC, in their respective party roles, all parties who appear in Civil No. 1:26-cv-13525-DLC and in any related case that is consolidated with the Consolidated Action.

5. Pursuant to Fed. R. Civ. P. 23(g), the Court hereby appoints the law firms Kaplan Fox & Kilsheimer LLP and Bryson Harris Suciu & DeMay PLLC as interim co-lead counsel for Plaintiffs and the putative class ("Interim Co-Lead Class Counsel") to act on behalf of the Plaintiffs and putative class members.

6. The Court also appoints Berman Tabacco as Local Counsel who shall work on this action as directed by Interim Co-Lead Class Counsel.

7. This Order shall apply to the above-captioned matters and any actions subsequently consolidated with the above-captioned matters.

8. Plaintiffs in the Consolidated Action shall file an operative, consolidated complaint within thirty (30) days of this Order. Defendants are relieved from responding to any of the complaints initially filed in the Consolidated Actions. The parties will meet and confer about a motion to dismiss briefing schedule and submit a stipulated briefing schedule to the Court.

**IT IS SO ORDERED.**

Dated: __________________, 2026

________________________
Denis J. Casper
Chief United States District Judge